IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN FEDERATION OF MUSICIANS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:15-mc-00122-M-BN |
| SKODAM Films, LLC, | ) ) ) ) ) ) ) | Principal case pending in the United States District Court for the Central District of California Case No. 2:15-cv-04302-DMG-PJW |
| Defendant/Non-Party. | ) | |

## MOTION TO APPEAR AT HEARING TELEPHONICALLY

SKODAM Films, LLC ("SKODAM"), by and through counsel, files its Motion to Appear at Hearing Telephonically. In support of its Motion, SKODAM states the following:

1. Plaintiff American Federation of Musicians ("AFM") has sued Paramount Pictures Corporation in California.

2. The lawsuit involves the movie *Same Kind of Different as Me* ("the Movie").

3. SKODAM, who is not a party to the lawsuit, produced the Movie.

4. AFM served SKODAM with a third-party subpoena *duces tecum* ("Subpoena") issued in the California case.

5. On November 6, 2015, AFM filed an Expedited Motion to Compel SKODAM Films, LLC to Comply with Properly Served Subpoena ("Motion to Compel") in this Court [Dkt. 1].

6. At the request of AFM, this Court scheduled oral argument on AFM's Motion to

02203720

Compel for December 3, 2015 in Dallas, Texas [Dkt. 5].

7. Brunini, Grantham, Grower, & Hewes, PLLC ("Brunini") is lead counsel for SKODAM and is located in Jackson, Mississippi.

8. SKODAM has already incurred significant expense in responding to AFM's Subpoena and Motion to Compel, and will continue to incur significant expense until this matter has concluded.

9. Thus, to minimize the costs associated with AFM's Subpoena, SKODAM respectfully requests this Court to allow the attorneys of Brunini to appear telephonically for the December 3rd oral argument on AFM's Motion to Compel.

10. Counsel for SKODAM has conferred with counsel for AFM, and AFM does not object to SKODAM's request.

ACCORDINGLY, SKODAM Films, LLC respectfully requests this Court to allow its lead counsel to appear telephonically for the oral argument scheduled for December 3, 2015 in Dallas, Texas in this matter.  SKODAM Films, LLC respectfully requests such other relief as this Court deems appropriate.

Dated: November 23, 2015.

Respectfully Submitted,

SKODAM Films, LLC

*/s/ Michael Merrick*
One of its Attorneys

OF COUNSEL:

Michael Merrick
Texas Bar No. 24041474
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 978-4100
Facsimile: (214) 978-4150
mmerrick@canteyhanger.com

Stephen J. Carmody (*pro hac vice application to be filed*)
Karen E. Howell (*pro hac vice application to be filed*)
Lauren O. Lawhorn (*pro hac vice application to be filed*)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902
scarmody@brunini.com
khowell@brunini.com
llawhorn@brunini.com

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.1(b), I hereby certify that Counsel for SKODAM has conferred with counsel for AFM, and AFM does not object to SKODAM's request to appear telephonically at the December 3rd hearing. Thus, this motion is unopposed.

This the 23rd day of November, 2015.

*/s/ Michael Merrick*
Michael Merrick

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court by using the CM-ECF system which sent a copy to all counsel of record.

This the 23rd day of November, 2015.

            */s/ Michael Merrick*
            Michael Merrick